IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01535-MSK-CBS

MICHAEL ANTHONY DEHERRERA,

      Plaintiff,

v.

DENVER POLICE OFFICER DEVIN SPARKS, individually and severally;
DENVER POLICE OFFICER A. JARAMILLO, individually and severally;
DENVER POLICE OFFICER R. MURR, individually and severally; and
CITY AND COUNTY OF DENVER,

      Defendants.

_____

**ORDER DISMISSING CLAIMS AGAINST DEFENDANTS F&R LOUNGE, LLC AND
JOSEPH GARDNER**
_____

THIS MATTER comes before the Court on the Plaintiff's Unopposed Motion to Dismiss
Defendants F & R Lounge, LLC and Joseph Gardner Without Prejudice (Motion) (**#22**).  Having
reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**.  Any and all claims asserted against
Defendants F & R Lounge, LLC and Joseph Garner are hereby dismissed without prejudice, each
party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.
The caption of all future pleadings shall omit these parties.

DATED this 6th day of October, 2009.

**BY THE COURT:**

_Marcia S. Krieger_
_____

Marcia S. Krieger
United States District Judge