IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01535-MSK-CBS

MICHAEL ANTHONY DEHERRERA,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER;
JOSEPH GARDNER; and
F & R LOUNGE, LLC,

    Defendants.

## ORDER DISMISSING CLAIMS AGAINST POLICE OFFICERS RANDY MURR, DEVIN SPARKS AND ARMANDO JARAMILLO WITH PREJUDICE

THIS MATTER is before the Court on the Unopposed Motion to Dismiss With Prejudice Defendants Denver Police Officers Randy Murr, Devin Sparks and Armando Jaramillo (Motion) **(#42)** filed January 27, 2010. The Court having read the Motion filed herein, and now being fully advised in the premises,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted against Defendants Denver Police Officers Randy Murr, Devin Sparks and Armando Jaramillo are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended. All future captions shall so reflect.

DATED this 4th day of February, 2010.

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____
                Marcia S. Krieger
                United States District Judge